# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: 33 VANDERBILT A&P, INC | § | Case No. 116-40569 |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

RICHARD J. McCORD, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: _$0.00_____       Assets Exempt: _N/A_____
*(without deducting any secured claims)*

Total Distribution to Claimants:_$2,697,150.95_____       Claims Discharged
                                                              Without Payment: _N/A_____

Total Expenses of Administration:_$484,402.91_____

3) Total gross receipts of $    3,581,553.86   (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $    400,000.00 (see **Exhibit 2**), yielded net receipts of  $3,181,553.86 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $720,940.76 | $2,714,398.35 | $2,684,138.12 | $2,684,138.12 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 484,402.91 | 484,402.91 | 484,402.91 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 30,938.49 | 10,312.83 | 10,312.83 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 5,700.00 | 2,700.00 | 2,700.00 |
| **TOTAL DISBURSEMENTS** | $720,940.76 | $3,235,439.75 | $3,181,553.86 | $3,181,553.86 |

4) This case was originally filed under Chapter 7 on February 10, 2016. The case was pending for 24 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/12/2018          By: /s/RICHARD J. McCORD
                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Runner Up bidder at the Auction Sale held on Jan | 1280-000 | 122,500.00 |
| Runner up bidder at the Auction Sale held on Jan | 1280-000 | 140,000.00 |
| funds for the deposit for the purchase of the pr | 1180-000 | 137,500.00 |
| REAL PROPERTY LOCATED AT 1172 FULTON ST, BROOKLY | 1210-000 | 1,876,809.79 |
| REAL PROPERTY LOCATED AT 245 WEST 134TH STREET | 1210-000 | 1,301,144.07 |
| RENTAL INCOME FOR 1172 FULTON STREET | 1222-000 | 3,600.00 |
| **TOTAL GROSS RECEIPTS** | | $3,581,553.86 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Yiu Kit Chau | Return of downpayment to stalking horse bidder for 1172 Fulton Street, pursuant to Court Order dated Janaury 24, 2017 | 8500-002 | 137,500.00 |
| Harold Schwartz, Esq. | Return of deposit to Second Bidder for the real property located at 1172 Fulton Street, Brooklyn, NY | 8500-002 | 140,000.00 |
| Matthew Navie | Return of deposit to Second Bidder for the real property located at  245 W. 134th Street, NY, NY 10030 | 8500-002 | 122,500.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $400,000.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | New York City Water Board | 4110-000 | 3,737.76 | 3,737.76 | 0.00 | 0.00 |
| 3 | New York City Dept of Finance | 4110-000 | N/A | 7,478.95 | 0.00 | 0.00 |
| 4 | New York City Dept of Finance | 4110-000 | N/A | 1,498.47 | 0.00 | 0.00 |
| 5S | NYC Office of Administrative Trials and Hearings | 4110-000 | N/A | 17,545.05 | 0.00 | 0.00 |
| MORTGAGE | Nechadim Corp | 4110-000 | 717,203.00 | 119,989.16 | 119,989.16 | 119,989.16 |
|  | Select Portfolio Servicing, Inc. | 4110-000 | N/A | 954,164.69 | 954,164.69 | 954,164.69 |
|  | Nechadim Corp | 4110-000 | N/A | 530,000.00 | 530,000.00 | 530,000.00 |
|  | Ocwen Loan Servicing, LLC | 4110-000 | N/A | 935,303.73 | 935,303.73 | 935,303.73 |
|  | West Coast Servicing, Inc. | 4110-000 | N/A | 144,680.54 | 144,680.54 | 144,680.54 |
| **TOTAL SECURED CLAIMS** | | | $720,940.76 | $2,714,398.35 | $2,684,138.12 | $2,684,138.12 |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| U.S. Trustee Quarterly Fees – United States Trustee | 2950-000 | N/A | 650.00 | 650.00 | 650.00 |
| Other – NYC Department of Finance | 2820-000 | N/A | 1,500.00 | 1,500.00 | 1,500.00 |
| Other – NYS Department of Taxation and Finance | 2820-000 | N/A | 1,500.00 | 1,500.00 | 1,500.00 |
| Other – MYC & Associates, Inc. | 3520-000 | N/A | 1,517.49 | 1,517.49 | 1,517.49 |
| Other – MYC & Associates, Inc. | 3510-000 | N/A | 127,000.00 | 127,000.00 | 127,000.00 |
| Trustee Compensation – RICHARD J. McCORD | 2100-000 | N/A | 118,696.62 | 118,696.62 | 118,696.62 |
| Other – EisnerAmper LLP | 3410-000 | N/A | 11.00 | 11.00 | 11.00 |
| Other – EisnerAmper LLP | 3410-000 | N/A | 30,671.75 | 30,671.75 | 30,671.75 |
| Attorney for Trustee Expenses (Trustee Firm) – Certilman Balin Adler & Hyman, LLP | 3120-000 | N/A | 21,382.94 | 21,382.94 | 21,382.94 |
| Attorney for Trustee Fees (Trustee Firm) – Certilman Balin Adler & Hyman, LLP | 3110-000 | N/A | 130,221.42 | 130,221.42 | 130,221.42 |
| Other – Costing Services Group | 3732-000 | N/A | 6,200.00 | 6,200.00 | 6,200.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Trustee Insurance Agency | 2420-000 | N/A | 1,640.00 | 1,640.00 | 1,640.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Trustee Insurance Agency | 2420-000 | N/A | 1,640.00 | 1,640.00 | 1,640.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Internal Revenue Service | 2820-000 | N/A | 42.00 | 42.00 | 42.00 |
| Other – New York State Corporation Tax | 2820-000 | N/A | 24.00 | 24.00 | 24.00 |
| Other – NYC Department of Finance | 2820-000 | N/A | 19.00 | 19.00 | 19.00 |
| Other – NYC HPD | 2500-000 | N/A | 1,700.10 | 1,700.10 | 1,700.10 |
| Other – Commissioner of Taxation and Finance | 2820-000 | N/A | 2,881.12 | 2,881.12 | 2,881.12 |
| Other – NYC Department of Finance | 2820-000 | N/A | 872.78 | 872.78 | 872.78 |
| Other – Office of Administrative Trials and Hearings | 2820-000 | N/A | 834.78 | 834.78 | 834.78 |
| Other – NYC Water Board | 2820-000 | N/A | 1,225.34 | 1,225.34 | 1,225.34 |
| Other – NYC Office of Administrative Trials and Hearings | 2820-000 | N/A | 17,188.02 | 17,188.02 | 17,188.02 |
| Other – NYC Department of Finance | 2820-000 | N/A | 14,417.61 | 14,417.61 | 14,417.61 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 771.69 | 771.69 | 771.69 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 908.34 | 908.34 | 908.34 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 796.91 | 796.91 | 796.91 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $484,402.91 | $484,402.91 | $484,402.91 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | New York State Department of Taxation & Finance | 5800-000 | N/A | 10,312.83 | 0.00 | 0.00 |
| 1P-2 | New York State Department of Taxation & Finance | 5800-000 | 0.00 | 10,312.83 | 0.00 | 0.00 |
| 1P-3 | New York State Department of Taxation & Finance | 5800-000 | N/A | 10,312.83 | 10,312.83 | 10,312.83 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $30,938.49 | $10,312.83 | $10,312.83 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | New York State Department of Taxation & Finance | 7100-000 | N/A | 1,500.00 | 0.00 | 0.00 |
| 1U-2 | New York State Department of Taxation & Finance | 7100-000 | N/A | 1,500.00 | 0.00 | 0.00 |
| 1U-3 | New York State Department of Taxation & Finance | 7100-000 | N/A | 1,500.00 | 1,500.00 | 1,500.00 |
| 5U | NYC Office of Administrative Trials and Hearings | 7200-000 | N/A | 1,200.00 | 1,200.00 | 1,200.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $5,700.00 | $2,700.00 | $2,700.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 116-40569

**Case Name:** 33 VANDERBILT A&P, INC

**Period Ending:** 06/12/18

**Trustee:**    (521290)    RICHARD J. McCORD

**Filed (f) or Converted (c):** 06/12/16 (c)

**§341(a) Meeting Date:** 07/13/16

**Claims Bar Date:** 11/07/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | REAL PROPERTY LOCATED AT 1172 FULTON ST, BROOKLY (u)<br>   Schedule A/B filed on March 8, 2016 including real property | 2,003,788.00 | 157,797.00 | | 1,876,809.79 | FA |
| 2 | REAL PROPERTY LOCATED AT 245 WEST 134TH STREET (u) | Unknown | 220,015.73 | | 1,301,144.07 | FA |
| 3 | RENTAL INCOME FOR 1172 FULTON STREET (u) | Unknown | N/A | | 3,600.00 | FA |
| **3** | **Assets    Totals** (Excluding unknown values) | **$2,003,788.00** | **$377,812.73** | | **$3,181,553.86** | **$0.00** |

**Major Activities Affecting Case Closing:**

waiting for order to be netered

The Debtors case was converted from a Chapter 11 on June 12,   2016. The Trustee was appointed on June 15, 2016. The Trustee has sent correspondence to the debtors attorney requesting documents on the real property including proof of insurance, rent roll,   leases, tax returns etc. The Trustee has contacted MYC to evaluate the real property. Besides the property listed in   Brooklyn which is on the debtors schedules, the debtor also   appears to own real property located at 245 West 134th Street,   New York, New York, which is listed in pleadings filed in the   case, but the schedules have not been amended to include same.   The Trustee has emailed counsel for one of the secured creditors   requesting any information they have on the Brooklyn Property.

06/20/16- Email correspondence with MYC to proceed with retention as managing agent and broker and proceed aggressively. Follow up  fax and email sent to debtors counsel requesting proof of   insurance and documents on real property.

06/21/16- The Trustee has obtained insurance on the debtors    properties as no response was received from debtors counsel.    Another email sent to her requesting same.  The Trustee has filed the retention of MYC & Associates as property manager and real    estate broker to the Trustee.

06/22/16- Fax sent to debtors attorney for documents and proof of insurance.

06/23/2016- Email correspondence sent to counsel for Nechadim   with regard to entering into a 506(c) agreement. Email   correspondence to debtors attorney again requesting proof of   insurance and documents on real properties.

06/29/16- Email sent to debtors attorney requesting proof of   insurance for properties and documents. The Trustee has obtained   insurance on the properties.

07/1/16- The Notice of Presentment and Application in Support for an Order Authorizing Examination and Production of Documents of  Abdel Satti Pursuant to Bankruptcy Rule 2004 and Designating    Abdel Satti as a Witness and/or Responsible Party Pursuant to    Rule 9001(5)(a). Objections are to be filed by July 19, 2016 and    if no objections are filed, the Order will be signed on July  26,  2016.

07/08/2016- Payment has been made by the trustee's firm for the   insurance premiums in the amount of $4,920.00.

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 116-40569 | **Trustee:** (521290) RICHARD J. McCORD | |
| **Case Name:** 33 VANDERBILT A&P, INC | **Filed (f) or Converted (c):** 06/12/16 (c) | |
| | **§341(a) Meeting Date:** 07/13/16 | |
| **Period Ending:** 06/12/18 | **Claims Bar Date:** 11/07/16 | |

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|

07/12/2016- The Order for the retention of MYC and EisnerAmper were entered on July 11, 2016. The Trustee has sent email correspondence to the UST requesting status of Certilman Balin retention. The Trustee has filed a Notice of Motion and Affirmation in Support for an Order Directing Parties to Cooperate with the Trustee. Objections are to be filed by August 4 and the hearing is scheduled for August 11, 2016 at 3:00 pm.

07/18/2016- The Order retaining Certilman Balin was entered on July 16, 2016.

07/19/2016- Correspondence sent to Tarik Davis, Esq., the attorney who filed the deeds transferring the New York City property to obtain information to determine if their are any mortgages on the property.

7/22/2016 - The Trustee was advised by Rosicki & Rosicki that the foreclosure file was transferred to Leopold & Associates. Correspondence was sent to Michael Rozea, Esq. of Leopold & Associates, PLLC. advising of the automatic stay and to contact the Trustee for further discussion.

08/05/2016- The Trustee filed an order to show cause scheduling a hearing on the plaintiff's application for a preliminary injunction, and pending a hearing, granting a temporary restraining order against the defendant. The adversary proceeding was commenced against Abdel Satti to cease and desist from collecting the rents at the debtors real properties. The Order was entered on August 5, 2016 and has been served.

08/08/2016- The Trustee filed a notice of discovery of assets with the Court.

08/15/2016- The Order Directing Parties to Cooperate with the Trustee and Turnover Property of the Debtor's Estate was entered on August 15, 2016. The order has been sent to Irene Nwanyanwu, Esq. and Abdel Satti via certified mail and first class mail requesting the documents contained in said order.The documents are due by September 6, 2016.

09/06/2016- the Order Extending the Temporary Restraining Order and Affirmation in Support was served. The hearing is scheduled for September 14, 2016 at 2:15 p.m.

09/06/2016- The Trustee sent follow up correspondence to The Heathcote Group, Leopolid & Associates and Tariq Davis with regard to obtaining the secured claims information on the properties.

09/16/16- The hearing on the TRO was held on September 14, 2016 and adjourned to October 6, 2016 at 3:45 p.m.

09/21/16- The Trustee has received rental income in the amount of $1,200.00 from Asrah Uddin, Apt. 2 for 1172 Fulton Street.

09/22/2016- The Trustee filed an Affirmation in Support of Trustee's Motion to Compel Irene Nwanyawu, Esq. of Anele & Associates, Shazella Uddin, Asrah Uddin, Jamal Uddin and Pamela Rodgers to Comply with Subpoenas and Prior Orders of the Court and Schedule an Expedited Hearing was filed. The Court issued the Order Scheduling a Hearing on an Expedited Basis, which is returnable on October 6, 2016 at 3:45 p.m. The Motion was served on parties in interest.

09/26/2016- The Trustee has received several offers to purchase the real properties. The highest offer received to date for the Harlem Property is $1.7 million. The

Exhibit 8

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 116-40569
**Case Name:** 33 VANDERBILT A&P, INC

**Period Ending:** 06/12/18

**Trustee:**        (521290)   RICHARD J. McCORD
**Filed (f) or Converted (c):** 06/12/16 (c)
**§341(a) Meeting Date:** 07/13/16
**Claims Bar Date:** 11/07/16

| 1<br><br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br><br>Petition/<br>Unscheduled<br>Values | 3<br><br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br><br>Property<br>Abandoned<br>OA=§554(a) | 5<br><br>Sale/Funds<br>Received by<br>the Estate | 6<br><br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

contract of sale has been  prepared and forwarded to counsel for the purchaser. The Trustee  has received an offer to purchase the Fulton Street property for  the sum of $1.375 million. The Trustee has had additional   discussions with counsel for Nechadim as to a  506c agreement and  a modified agreement has been sent to them.  Payment has been  made to Trustee insurance agency in the amount of $1,640.00 for  payment of the insurance policy held on the properties through October.

09/27/2016- The Court issued an order directing the debtors   attorney, Irene Nwanyanwu, to appear at the adjourned hearing   scheduled for October 6, 2016 at 3:45.

09/29/2016- The Order Further Extending the Temporary Restraining Order was signed on September 28, 2016.

10/3/16 The Trustee received funds for the deposit for the   purchase of the property located at 1172 Fulton Street, Brooklyn, New York 11216 in the amount of $137,500.00.

10/04/2016- The Trustee sent a criminal referral letter to the  Office of the United States Trustee.

10/10/16  The Trustee has received rental income in the amount of $2,400.00 for August and September rent  from Asrah Uddin, Apt.  2 for 1172 Fulton Street.

10/12/2016- The hearing was held on October 6, 2016. The Court  issued an Order to Show Cause why Sanctions Should not be imposed upon Irene Nawayanwu, Esq. She is directed to appear at the next hearing on the TRO scheduled for December 1, 2016 at 3:30 p.m.

10/27/16- The Trustee has accepted an offer of $1,200,000.00 with regard to the real property located at 245 West 134th Street.   The Trustee has received the down payment in the amount of  $120,000.00. The motions will be filed.

10/28/2016- The Trustee has paid the November insurance invoice   for the insurance on the Fulton Street and West 134th Street   properties in the amount of $1,640.00.

10/31/2016- The rental income has been segregated from the  deposits held for the purchase of the real properties.

11/02/2016- A Motion to Lift stay has been filed on behalf of   Select Portfolio Servicing with regard to he 1172 Fulton Street   property. The Motion is returnable on December  but was adjourned at the request of the Trustee to January 25, 2017 at 10:30 a.m.

11/07/2016- The Trustee has filed the Trustee's Motion for an  Order Pursuant to 11 U.S.C. Sections 105 and 363 (i) Approving   the Sale of Real Property Located at 1172 Fulton Street,  Brooklyn, New York 11216 at Auction, Free and Clear of Liens,  Claims and Encumbrances and Subject to Higher and Better Offers;   (ii) Scheduling a Sale Confirmation Hearing; (iii) Approving  Bidding Procedures; (iv) Approving the Manner and Extent of  Notice of Auction and Sale Confirmation Hearing; (v) Approving  Stalking Horse Agreement; (vi) Related Relief and the Trustee's  Motion for an Order Pursuant to 11 U.S.C. Sections 105 and 363   (i) Approving the Sale of Real Property Located at 245 West 134th Street, New York, New York 10030 at Auction, Free and Clear of  Liens, Claims and Encumbrances and Subject to Higher and Better   Offers; (ii) Scheduling a Sale Confirmation Hearing; (iii)  Approving Bidding Procedures; (iv) Approving the Manner and  Extent of Notice of Auction and Sale Confirmation Hearing; (v)  Approving Stalking Horse Agreement; (vi) Related Relief, with  objections to be filed by November 21, 2016 at 4:00 p.m. and the  hearings are scheduled for December 1, 2016 at 3:00 p.m.

Exhibit 8

Page: 4

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 116-40569 | **Trustee:** (521290)   RICHARD J. McCORD |
| **Case Name:** 33 VANDERBILT A&P, INC | **Filed (f) or Converted (c):** 06/12/16 (c) |
| | **§341(a) Meeting Date:** 07/13/16 |
| **Period Ending:** 06/12/18 | **Claims Bar Date:** 11/07/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property)<br><br>**Ref. #** | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

11/21/2016- The Order Further Expending the Temporary Restraining Order was entered on November 18, 2016 in connection with the   adversary proceeding against Abdel Satti.

11/29/2016- The Trustee has filed a Notice of Motion and   Affirmation in Support for an Order (i) Directing Abdel Satti,   Responsible Party of the Debtor, to Appear at a Section 341A   Meeting of Creditors; (ii) Comply with the Order of this Court   dated August 15, 2016 and Turnover Property of the Debtor's   Estate; (iii) Turnover copies of the closing documents from the   debtor's purchase of the real properties and (iv) related relief, which is returnable on January 25, 2017 at 11:00 a.m. with objections to be filed by January 18, 2017.

11/29/2016- Subpoenas served upon Ted May, as attorney for US   Bank on 1172 Fulton Street, and Elizabeth Doyaga, Esq., counsel   for Ocwen Loan, regarding 245 West 134th Street, requesting   documents from the closing of the purchase of the real   properties. The documents are due by December 28, 2016.

12/14/2016- The Order Pursuant to 11 U.S.C. Sections 105 and 363   (I) Approving the Sale of Real Property Located at 245 West   134th Street, New York, New York at Auction, Free and Clear of Liens,   Claims and Encumbrances and Subject to Higher and Better   Offers; (ii) Scheduling a Hearing to Approve Such Sale; (iii) Approving Bidding Procedures; (iv) Approving the Manner and   Extent of   Notice of Such Action Hearing; (v) Approving Stalking   Horse  Agreement; and (vi) Granting Related Relief, was entered  on  December 9, 2016 and the Order  Pursuant to 11 U.S.C.  Sections  105 and 363 (I) Approving the Sale of Real Property  Located at 1172 Fulton Street, Brooklyn, New York at Auction,   Free and Clear of Liens, Claims and Encumbrances and Subject to  Higher and  Better Offers; (ii) Scheduling a Hearing to Approve  Such Sale;  (iii) Approving Bidding Procedures; (iv) Approving  the Manner and Extent of Notice of Such Action Hearing; (v)   Approving Stalking Horse Agreement; and (vi) Granting Related  Relief, was entered on December 12, 2016. The  Auction Sale is  scheduled for January  11, 2017 and the sale confirmation hearing is scheduled for  January 12, 2017.

12/21/2016- The Order Further Extending the Temporary Restraining Order in connection with the McCord v. Satti adversary   proceeding was entered on December 21, 2016. The Order provides   that Satti turnover the documents requested by the Trustee by   December 22, 2016, the temporary restraining order is extended through January 12, 2017 and the next hearing is scheduled for   January 12, 2017.

12/27/16- The Trustee filed a Supplemental Affirmation in Further Support of Trustees Motion to Compel, which is returnable on   January 25, 2017.

12/28/2016- The January insurance premium has been paid.

01/06/2017- The Stipulation and Order Between Nechadim Corp and   the Trustee Regarding Sale of Real Property Located at 1172   Fulton Street, Brooklyn, New York 11216 and Carveout for Benefit   of Trustee, the Trustee's Professionals and Creditors was signed   by counsel for Nechadim and has been filed with the Court

01/12/17- The Auction Sale of the Real Properties took place on   January 12, 2017. The highest bidder at the auction sale for 1172 Fulton Street was Damien Smith in the amount of $1,875,000.00 and the runner up was Harold Schwartz, Esq. at $1,850,000.00. The   highest bidder at the auction sale for 245 West 134th Street, New York, New York was the stalking horse, Tiying Yan, with a high   bid of $1,300,00.00 and the runner up was  Matthew Navie with a   bid of $1,275,000.00 .

01/16/17- The Trustee received a check from Salah Uddin in the   amount of $1,700.00 for #3.

Exhibit 8

Page:  5

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 116-40569 | **Trustee:**    (521290)    RICHARD J. McCORD |
| **Case Name:**    33 VANDERBILT A&P, INC | **Filed (f) or Converted (c):**  06/12/16 (c) |
| | **§341(a) Meeting Date:**    07/13/16 |
| **Period Ending:** 06/12/18 | **Claims Bar Date:**    11/07/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

01/18/17- The sale orders have been uploaded to Chambers.

01/23/17- The Order Confirming the Chapter 7 Trustee's Sale of  the Debtor's Real Property Located at 245 West 134th Street, New   York, New York 10030 was entered today and becomes final and   non-appealable within 14 days.

01/23/17- The Report of Sale of the Debtor's Real Properties   Commonly Known as and Located at 1172 Fulton Street, Brooklyn,   New York 11216 and 245 W. 134th STreet, New York, New York 10030   has been filed.

01/25/17- The Order Confirming the Chapter 7 Trustee's Sale of  the Debtor's Real property Located at 1172 Fulton Street,  Brooklyn, New York 11216 was signed and entered on January 24,  2017.

01/25/17- The February insurance premium for the real property  has been paid.

01/30/2017- The hearings on the Kamal Uddin TRO and Abdel Satti  TRO are scheduled for March 1, 2017 at 3:00 p.m.

01/31/17- The Order Further Extending the Temporary Restraining  Order Against Kamal Uddin, the Order granting the motion to  compel Abadel Satti to appear at 341 Meeting and turnover  documents, and the Order Further Extending the Temporary  Restraining Order as it pertains to Abdel Satti were all entered  on January 31, 2017. Pursuant to the Order to Compel, Satti is to appear at the 341 Meeting of Creditors and turnover documents by February 8, 2017. The Orders have been sent via federal express.

02/08/2017- The Trustee and counsel filed an Affirmation in  Support for an Order to Show Cause.

02/13/17- The Court entered the Order to Show Cause on February  13, 2017, the papers have been served upon the parties the Court  directed, and the hearing is scheduled for February 22, 2017 at  10:30 a.m.

02/24/17- The Trustee has made a payment for the March insurance  premium on real property.

02/27/17- The Order Granting Trustee's Motion for Contempt  Against Abdel Satti; determining that the deed dated June 1,2015  and recorded on January 25, 2016 is a nullity, and related  relief, was signed on February 27, 2017.

03/09/17- The closing for the sale of the Fulton Street property  has been scheduled for March 27, 2017. The Trustee has filed a  supplemental letter with the Office of the United States Trustee  with regard to the criminal referral.

03/16/17- The Trustee has returned the down payment to Yiu Kit  Chau c/o Nolan Cheng, Esq.., the Stalking Horse Bidder, in the  amount of $137,500.00 for the purchase of the real property  located at 1172 Fulton Street, Brooklyn, New York, pursuant to  Court Order dated January 24, 2017.

03/23/17- The pre- trial conference in connection with the Abdel  Satti TRO and the Kamal Uddin TRO was held on March 22, 2017 and  adjourned to May 10, 2017.

Exhibit 8

Page: 6

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 116-40569 | **Trustee:** (521290)  RICHARD J. McCORD |
| **Case Name:** 33 VANDERBILT A&P, INC | **Filed (f) or Converted (c):** 06/12/16 (c) |
| | **§341(a) Meeting Date:** 07/13/16 |
| **Period Ending:** 06/12/18 | **Claims Bar Date:** 11/07/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property)  Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

The TRO for each was extended to May 10, 2017.

03/24/17- The closing for 1172 Fulton Street has been rescheduled to April 3, 2017.

03/28/17- The April insurance premium has been paid for the real properties.

04/06/17- The closing for 1172 Fulton Street has been rescheduled to April 21, 2017.

04/06/17- The Trustee has prepared tax extension checks for the IRS, NYS and NYC taxing authorities.

04/07/17- Email sent to Michael Samuels, Esq. requesting status of request of documents for 245 WEst 134th Street when the mortgage was obtained.

04/11/17- The Order Further Extending Temporary Restraining Order Against Kamal Uddin and the Order Further Extending the Temporary Restraining Order as to Abdel Satti were entered on April 11, 2017. The Orders have been served via federal express and the Affidavits of Service have been filed with the Court.

04/20/17- The Trustee has prepared certain checks in advance of the closing scheduled for April 21, 2017.

04/24/17- The closing took place for 1172 Fulton Street on April 21, 2017. Certain payments from the closing have been made.

04/25/17- The closing for the Manhattan property has been scheduled for May 8, 2017.

04/28/17- In connection with the closing of 1172 Fulton street, the Trustee has made payment to Select Portfolio Servicing, Inc. c/o Sheldon May & Associates, in the amount of $954,164.69, which represents payment in full satisfaction of the first mortgage on said property. Additionally, the Trustee has refunded the sum of $140,000.00 to Harold Schwartz, Esq., who was the second bidder at the auction sale of said property.

05/01/17- The Order Authorizing Retention of Costing Services Group Inc as Cost Estimator for the Chapter 7 Trustee Nunc Pro Tunc to March 29, 2017 was entered on May 1, 2017.

05/04/17- The Trustee has made a payment to Nechadim Corp, the second mortgagee on the Fulton Street property, with whom the Trustee has a stipulation with that was "So Ordered" on January 12, 2017, in the amount of $530,000.00.

05/05/17- The closing for the West 134th Street property has been rescheduled to May 19, 2017 at 10:00 a.m.

05/10/17- The matters scheduled to be heard on May 10 have been adjourned to May 24, 2017 at 2:00 p.m.

05/19/17- The closing from the sale of the debtor's real property located at 245 West 134th Street, New York, New York was completed and the Trustee received the sale funds in the amount of $1,171,144.07.

Exhibit 8

Page: 7

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 116-40569 | **Trustee:** (521290)  RICHARD J. McCORD |
| **Case Name:** 33 VANDERBILT A&P, INC | **Filed (f) or Converted (c):** 06/12/16 (c) |
| | **§341(a) Meeting Date:** 07/13/16 |
| **Period Ending:** 06/12/18 | **Claims Bar Date:** 11/07/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) <br><br> Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

05/24/17- The Trustee has disbursed to Ocwen Loan Servicing the sum of $935,303.73, the first mortgage on the real property located at 245 West 134th Street, New York, New York and payment to West Coast Servicing, the second mortgagee in the amount of $144,680.54 and the Trustee has sent a check to the second runner up on the Manhattan property, Matthew Navie, in the amount of $122,500.00 for the return of his deposit, all pursuant to Court Order.

05/25/17- The TRO and related pre-trial have been adjourned to July 19, 2017 at 2:30 p.m. The Notice of Entry of Order Granting trustee's motion for contempt has been filed. The Trustee has sent correspondence to Abdel Satti, with a draft Stipulation of Discontinuance and the Notice of Entry, via federal express.

06/09/17- Correspondence filed with the District Court in 17-cv-0683 and 17-cv-0684 regarding dismissal of the appeal.

07/26/17- The Notice of Settlement of Order of Discontinuance was filed and the Order is scheduled to be signed on August 11, 2017 and objections are to be filed on August 10, 2017 at 4:00 p.m.

08/14/17- In connection with the District Court action, the Court issued an order that the plaintiff-appellant has filed to file a brief and must do so by September 4, 2017 or the action will be dismissed. The Trustee is working on the objection to claims.

08/18/17- The Order of Discontinuance as to the adversary proceeding against Satti and his agents was entered on August 18, 2017.

08/24/17- The Trustee has prepared and filed the Notice of Motion for the Chapter 7 Trustee's Application for an Order Disallowing and Expunging Claim Numbers 1, 2, 3, 4, and 5. The Motion is returnable on October 4, 2017 at 11:00 a.m. and objections are to be filed by September 27, 2017 at 4:00 p.m.

10/9/17- There were no objections filed to the Motion to Objection to claims and the hearing was held on October 4, 2017. The Trustee is awaiting the Order to be entered.

10/20/17- The 2016 tax returns have been filed. The Order Granting the Trustee's Objection to Claims was entered on October 12, 2017.

11/9/17- The Trustee has prepared and filed the Trustee's Final Report with the Office of the United States Trustee.

12/13/17- The Trustee's final report has been approved and the final hearing is scheduled for Janaury 24, 2018 at 11:30 a.m.

02/06/18- There were no objections to the final report. The final report was adjourned in part, granted in part as to the acountants and the broker. The final hearing is scheduled for February 21, 2018 at 11:00 a.m.

02/16/18- The Order Approving Accountants' Fees and Reimbursement of Expenses was entered on January 29, 2018. As the Order has become final and non-appealable, the Trustee has disributed payment of fees $30,671.75 and reimbursement of expenses $11.00 to EisnerAmper LLP.

02/21/18- The District Court appeals (EDNY) 17-cv-00683 and 17-cv-00684 have been dismissed. The final hearing is scheduled for March 7, 2018 at 10:30 a.m.

02/26/18- The Order Granting Application for Allowance of Compensation to Costing Services Group Inc as Consultant to the Trustee and the Order Granting

Exhibit 8

Page:  8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 116-40569 | **Trustee:** (521290) RICHARD J. McCORD |
| **Case Name:** 33 VANDERBILT A&P, INC | **Filed (f) or Converted (c):** 06/12/16 (c) |
| | **§341(a) Meeting Date:** 07/13/16 |
| **Period Ending:** 06/12/18 | **Claims Bar Date:** 11/07/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property)<br><br>Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Application for Allowance of Compensation and Reimbursement of Expenses to MYC & Associates, Inc as Real Estate Brokers to the Trustee were entered on February 6, 2018. As they are final and non appealable, the Trustee has distributed the funds to the Costing Services Group in the amount of $6,200.00 and to MYC & Associates in the amount of $127,000.00 and $1,517.49.

03/07/18- The final hearing has been adjourned by the Court to March 19, 2018 at 11:00 a.m.

04/16/18- There were no objections filed to the final report and the final hearing was held on March 19, 2018. The Orders were entered on April 2, 2018. As the Orders have become final and non-appealable, the trustee has distributed the funds from the estate. Upon reciept of a zero bank balance, the Trustee will file the Affidavit of Final Distribution.

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | July 1, 2017 | **Current Projected Date Of Final Report (TFR):** | November 9, 2017  (Actual) |

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 116-40569
**Case Name:** 33 VANDERBILT A&P, INC

**Taxpayer ID #:** **-***2223
**Period Ending:** 06/12/18

**Trustee:** RICHARD J. McCORD (521290)
**Bank Name:** Rabobank, N.A.
**Account:** ******8066 - Checking Account
**Blanket Bond:** $47,747,648.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/21/16 | {3} | Asrah Uddin | Rental Income for Unit #2- Asrah Uddin | 1222-000 | 1,200.00 | | 1,200.00 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,190.00 |
| 10/03/16 | | Yiu Kit Chau | funds for the deposit for the purchase of the property located at 1172 Fulton Street, Brooklyn, New York 11216 | 1180-000 | 137,500.00 | | 138,690.00 |
| 10/10/16 | {3} | Asrah Uddin | Rental income for the months of August and September, 2016 for Apt. #2, 1172 Fulton Street, Brooklyn, NY 11216 | 1222-000 | 2,400.00 | | 141,090.00 |
| 10/27/16 | {2} | Tiying Yan | Funds for the deposit for the purchase of the real property located at 245 West 134th Street, New York, New York | 1210-000 | 60,000.00 | | 201,090.00 |
| 10/27/16 | {2} | Yiying Yan | Funds for the deposit for the purchase of the real property located at 245 West 134th Street, New York, New York | 1210-000 | 60,000.00 | | 261,090.00 |
| 10/28/16 | | To Account #******8067 | Transfer rental income into segregated account apart from real estate deposits for real property | 9999-000 | | 1,950.00 | 259,140.00 |
| 10/28/16 | 101 | Trustee Insurance Agency | Payment for November Insurance Premium for the insurance held on the debtors real properties | 2420-000 | | 1,640.00 | 257,500.00 |
| 01/12/17 | {1} | Damien Smith | Highest Bidder at Auction Sale held on January 11, 2017 for 1172 Fulton Street, Brooklyn, New York for the sum of $1,875,000.00 | 1210-000 | 200,000.00 | | 457,500.00 |
| 01/12/17 | | Harold Schwartz, Esq. | Runner up bidder at the Auction Sale held on January 11, 2017 for the Real Property located at 1172 Fulton Street, Brooklyn, New York for the sum of $1,850,000.00 | 1280-000 | 140,000.00 | | 597,500.00 |
| 01/12/17 | {2} | Tiying Yan | Highest bidder at the Auction Sale held on January 11, 2017 for the Real Property located at 245 West 134th Street, New York, New York for the sum of $1,300,000.00 | 1210-000 | 10,000.00 | | 607,500.00 |
| 01/12/17 | | Matthew Navie | Runner Up bidder at the Auction Sale held on January 11, 2017 for the Real Property located at 245 West 134th Street, New York, New York for the sum of $1,275,000.00 | 1280-000 | 122,500.00 | | 730,000.00 |
| 03/16/17 | 102 | Yiu Kit Chau | Return of downpayment to stalking horse bidder for 1172 Fulton Street, pursuant to Court Order dated Janaury 24, 2017 | 8500-002 | | 137,500.00 | 592,500.00 |
| 04/20/17 | 201 | NYC Water Board | Pymt Oustanding Water Charges for closing of 1172 Fulton St, Brooklyn, NY, acct | 1210-000 | -7,164.00 | | 585,336.00 |

Subtotals :     $726,436.00     $141,100.00

Printed: 06/12/2018 01:00 PM   V.13.30

Exhibit 9

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 116-40569 |
| **Case Name:** | 33 VANDERBILT A&P, INC |
| | |
| **Taxpayer ID #:** | **-***2223 |
| **Period Ending:** | 06/12/18 |

| | |
|---|---|
| **Trustee:** | RICHARD J. McCORD (521290) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******8066 - Checking Account |
| **Blanket Bond:** | $47,747,648.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | 5<br><br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | <br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | #50008-48082-001<br>Stopped on 10/20/17 | | | | |
| 04/20/17 | 202 | NYS Department of Finance | Pymt of Oustanding Real Estate Taxes for closing, 1172 Fulton Street, Brooklyn, Voided on 04/24/17 | 1210-000 | -872.63 | | 584,463.37 |
| 04/20/17 | 203 | Office of Administrative Trials and Hearings | Pymt of OATH judgments no. 0184692925 and 0413227375N- 1172 Fulton Street, Brooklyn Voided on 04/24/17 | 2500-000 | | 834.78 | 583,628.59 |
| 04/20/17 | 204 | NYC HPD | Pymt of Judgment; Index No. HP1231/15, 1172 Fulton Street, Brooklyn | 2500-000 | | 1,700.10 | 581,928.49 |
| 04/20/17 | 205 | Commissioner of Taxation and Finance | Pymt of oustanding tax warrant, warrent id E-033689953-W001-4, 1172 Fulton St, Brooklyn | 2820-000 | | 2,881.12 | 579,047.37 |
| 04/21/17 | {1} | DK 1172 Fulton Street LLC | Funds from the closing of the real property located at 1172 Fulton Street, Brooklyn, NY | 1210-000 | 1,676,809.79 | | 2,255,857.16 |
| 04/24/17 | 202 | NYS Department of Finance | Pymt of Oustanding Real Estate Taxes for closing, 1172 Fulton Street, Brooklyn, Voided: check issued on 04/20/17 | 1210-000 | 872.63 | | 2,256,729.79 |
| 04/24/17 | 203 | Office of Administrative Trials and Hearings | Pymt of OATH judgments no. 0184692925 and 0413227375N- 1172 Fulton Street, Brooklyn Voided: check issued on 04/20/17 | 2500-000 | | -834.78 | 2,257,564.57 |
| 04/24/17 | 206 | NYC Department of Finance | Pymt of Oustanding Real Estate Taxes for closing, 1172 Fulton Street, Brooklyn, | 2820-000 | | 872.78 | 2,256,691.79 |
| 04/24/17 | 207 | Office of Administrative Trials and Hearings | Pymt of OATH judgments no. 0184692925 and 041322375N- 1172 Fulton Street, Brooklyn | 2820-000 | | 834.78 | 2,255,857.01 |
| 04/28/17 | 208 | Harold Schwartz, Esq. | Return of deposit to Second Bidder for the real property located at 1172 Fulton Street, Brooklyn, NY | 8500-002 | | 140,000.00 | 2,115,857.01 |
| 04/28/17 | 209 | Select Portfolio Servicing, Inc. | Pymt in full satisfaction of first mortgage held on the real property located at 1172 Fulton St, Brooklyn, NY pursuant to Court Order | 4110-000 | | 954,164.69 | 1,161,692.32 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 516.77 | 1,161,175.55 |
| 05/02/17 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -516.77 | 1,161,692.32 |
| 05/04/17 | 210 | Nechadim Corp | Pymt towards funds due and owing to second mortgagee in connection with the sale of 1172 Fulton Street, Bklyn, NY per Court Order | 4110-000 | | 530,000.00 | 631,692.32 |
| 05/17/17 | 211 | NYC Water Board | Pymt Oustanding Water Charges for closing of 245 West 134th St, NY, NY, acct | 2820-000 | | 1,225.34 | 630,466.98 |

Subtotals :     $1,676,809.79     $1,631,678.81

{} Asset reference(s)

Printed: 06/12/2018 01:00 PM     V.13.30

Exhibit 9

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** | 116-40569 | | | **Trustee:** | RICHARD J. McCORD (521290) | |
| **Case Name:** | 33 VANDERBILT A&P, INC | | | **Bank Name:** | Rabobank, N.A. | |
| | | | | **Account:** | ******8066 - Checking Account | |
| **Taxpayer ID #:** | **-***2223 | | | **Blanket Bond:** | $47,747,648.00  (per case limit) | |
| **Period Ending:** | 06/12/18 | | | **Separate Bond:** | N/A | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | 5<br><br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | #4000146040001/BBL 1-1940-114 | | | | |
| 05/17/17 | 212 | NYC Office of Administrative Trials and Hearings | Payment of ECB Violations re: 245 West 134th Street/33 Vanderbilt A&P, Inc. | 2820-000 | | 17,188.02 | 613,278.96 |
| 05/17/17 | 213 | NYC Department of Finance | Pymt of real estate taxes, etc re: 245 West 134th Street, NY, NY/BBL1-1940-114 | 2820-000 | | 14,417.61 | 598,861.35 |
| 05/19/17 | {2} | Tiying Yan | Funds from the sale of the real property located at 245 West 134th Street, New York, New York | 1210-000 | 220,000.00 | | 818,861.35 |
| 05/19/17 | {2} | Tiying Yan | Funds from the sale of the real property located at 245 West 134th Street, New York, New York | 1210-000 | 951,144.07 | | 1,770,005.42 |
| 05/24/17 | 214 | Ocwen Loan Servicing, LLC | Pymt to first mortgage in full satisfaction on real property located at 245 W. 134th Street, NY, NY 10030, Ocwen Loan #307662333 | 4110-000 | | 935,303.73 | 834,701.69 |
| 05/24/17 | 215 | Matthew Navie | Return of deposit to Second Bidder for the real property located at  245 W. 134th Street, NY, NY 10030 | 8500-002 | | 122,500.00 | 712,201.69 |
| 05/24/17 | 216 | West Coast Servicing, Inc. | Pymt to second mortgage in full satisfaction on real property located at 245 W. 134th St, NY, NY, Acct #0614872078/Wiliam Wade | 4110-000 | | 144,680.54 | 567,521.15 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 771.69 | 566,749.46 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 908.34 | 565,841.12 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 796.91 | 565,044.21 |
| 10/20/17 | 201 | NYC Water Board | Pymt Oustanding Water Charges for closing of 1172 Fulton St, Brooklyn, NY, acct #50008-48082-001<br>Stopped: check issued on 04/20/17 | 1210-000 | 7,164.00 | | 572,208.21 |
| 10/24/17 | | From Account #******8067 | Transfer of funds to close account  prior to filing final report | 9999-000 | 145.00 | | 572,353.21 |
| 02/16/18 | 217 | EisnerAmper LLP | Payment of Fees to Accountants to the Chapter 7 Trustee Pursuant to Court Order dated January 29, 2018 | 3410-000 | | 30,671.75 | 541,681.46 |
| 02/16/18 | 218 | EisnerAmper LLP | Payment of Expenses to Accountants to the Chapter 7 Trustee Pursuant to Court Order dated January 29, 2018 | 3410-000 | | 11.00 | 541,670.46 |
| 02/26/18 | 219 | Costing Services Group | Payment to Consultants to the Trustee pursuant to Court Order dated February 6, 2018 | 3732-000 | | 6,200.00 | 535,470.46 |
| 02/26/18 | 220 | MYC & Associates, Inc. | Payment of Compensation to Real Estate | 3510-000 | | 127,000.00 | 408,470.46 |

Subtotals :  $1,178,453.07    $1,400,449.59

{} Asset reference(s)

Printed: 06/12/2018 01:00 PM    V.13.30

Exhibit 9

## Form 2

Page: 4

### Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** | 116-40569 | | **Trustee:** | RICHARD J. McCORD (521290) | | |
| **Case Name:** | 33 VANDERBILT A&P, INC | | **Bank Name:** | Rabobank, N.A. | | |
| | | | **Account:** | ******8066 - Checking Account | | |
| **Taxpayer ID #:** | **-***2223 | | **Blanket Bond:** | $47,747,648.00  (per case limit) | | |
| **Period Ending:** | 06/12/18 | | **Separate Bond:** | N/A | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | Broker to the Trustee Pursuant to Court Order dated February 6, 2018 | | | | |
| 02/26/18 | 221 | MYC & Associates, Inc. | Payment of Expenses to Real Estate Broker to the Trustee Pursuant to Court Order dated February 6, 2018 | 3520-000 | | 1,517.49 | 406,952.97 |
| 04/16/18 | 222 | Nechadim Corp | Payment of Distribution of the Estate/ funds due and owing to second mortgagee in connection with the sale of 1172 Fulton Street, Bklyn, NY per Court Order | 4110-000 | | 119,989.16 | 286,963.81 |
| 04/16/18 | 223 | RICHARD J. McCORD | Payment of Trustee's Commissions Pursuant to Court Order dated April 2, 2018 | 2100-000 | | 118,696.62 | 168,267.19 |
| 04/16/18 | 224 | Certilman Balin Adler & Hyman, LLP | Payment of Fees to Attorney for the Trustee Pursuant to Court Order dated April 2, 2018 | 3110-000 | | 130,221.42 | 38,045.77 |
| 04/16/18 | 225 | Certilman Balin Adler & Hyman, LLP | Payment of Expenses to Attorneys for the Trustee Pursuant to Court Order dated April 2, 2018 | 3120-000 | | 21,382.94 | 16,662.83 |
| 04/16/18 | 226 | United States Trustee | Distribution of the Estate/Payment of Proof of Claim #6 | 2950-000 | | 650.00 | 16,012.83 |
| 04/16/18 | 227 | NYC Department of Finance | Payment of 2017 Tax Extension; EIN # 38-3712223 | 2820-000 | | 1,500.00 | 14,512.83 |
| 04/16/18 | 228 | NYS Corporation Tax | Payment of 2017 Tax Extension- EIN # 38-3712223 | 2820-000 | | 1,500.00 | 13,012.83 |
| 04/16/18 | 229 | New York State Department of Taxation & Finance | Distribution of the Estate/Claim Filed/Claim #1 | 5800-000 | | 10,312.83 | 2,700.00 |
| 04/16/18 | 230 | New York State Department of Taxation & Finance | Distribution of the Estate/Claim Filed/Claim #1 | 7100-000 | | 1,500.00 | 1,200.00 |
| 04/16/18 | 231 | NYC Office of Administrative Trials and Hearings | Distribution of the Estate/Claim Filed/Claim #5 | 7200-000 | | 1,200.00 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 3,581,698.86 | 3,581,698.86 | $0.00 |
| Less: Bank Transfers | 145.00 | 1,950.00 | |
| **Subtotal** | 3,581,553.86 | 3,579,748.86 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$3,581,553.86** | **$3,579,748.86** | |

Exhibit 9

Page: 5

# Form 2
## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** | 116-40569 | | **Trustee:** | RICHARD J. McCORD (521290) | | |
| **Case Name:** | 33 VANDERBILT A&P, INC | | **Bank Name:** | Rabobank, N.A. | | |
| | | | **Account:** | ******8067 - Checking Account | | |
| **Taxpayer ID #:** | **-***2223 | | **Blanket Bond:** | $47,747,648.00  (per case limit) | | |
| **Period Ending:** | 06/12/18 | | **Separate Bond:** | N/A | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/28/16 | | From Account #******8066 | Transfer rental income into segregated account apart from real estate deposits for real property | 9999-000 | 1,950.00 | | 1,950.00 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,940.00 |
| 11/23/16 | 101 | Trustee Insurance Agency | Payment for December Insurance Premium for the insurance held on the debtors real properties | 2420-000 | | 1,640.00 | 300.00 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 290.00 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 280.00 |
| 01/16/17 | {1} | Salah Uddin | Funds for the rental income of apartment number 3 located at 1172 Fulton Street, Brooklyn, New York | 1210-000 | 1,700.00 | | 1,980.00 |
| 01/24/17 | {1} | Salad Uddin | Check returned for Insufficient funds | 1210-000 | -1,700.00 | | 280.00 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 270.00 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 260.00 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 250.00 |
| 04/06/17 | 102 | Internal Revenue Service | Payment for 2016 Tax Extension; Tax Id #38-3712223 | 2820-000 | | 42.00 | 208.00 |
| 04/06/17 | 103 | New York State Corporation Tax | Payment for 2016 Tax Extension; Tax Id #38-3712223 | 2820-000 | | 24.00 | 184.00 |
| 04/06/17 | 104 | NYC Department of Finance | Payment for 2016 Tax Extension; Tax Id #38-3712223 | 2820-000 | | 19.00 | 165.00 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 155.00 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 145.00 |
| 10/24/17 | | To Account #******8066 | Transfer of funds to close account  prior to filing final report | 9999-000 | | 145.00 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 1,950.00 | 1,950.00 | $0.00 |
| Less: Bank Transfers | 1,950.00 | 145.00 | |
| **Subtotal** | 0.00 | 1,805.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $0.00 | $1,805.00 | |

Exhibit 9

Page:  6

# Form 2
## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| Case Number: | 116-40569 | Trustee: | RICHARD J. McCORD (521290) |
| Case Name: | 33 VANDERBILT A&P, INC | Bank Name: | Rabobank, N.A. |
| | | Account: | ******8067 - Checking Account |
| Taxpayer ID #: | **-***2223 | Blanket Bond: | $47,747,648.00  (per case limit) |
| Period Ending: | 06/12/18 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking # ******8066 | 3,581,553.86 | 3,579,748.86 | 0.00 |
| Checking # ******8067 | 0.00 | 1,805.00 | 0.00 |
| | $3,581,553.86 | $3,581,553.86 | $0.00 |

{} Asset reference(s)                                     Printed: 06/12/2018 01:00 PM    V.13.30